IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMALLWOOD-JONES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3168 |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | |

**<u>ORDER</u>**

AND NOW, this 30th day of January, 2023, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s Motion to Dismiss (ECF No. 12), and Plaintiff Kim Smallwood-Jones' opposition thereto, it is hereby ORDERED the Motion is GRANTED. The Amended Complaint is DISMISSED without prejudice.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.