IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMALLWOOD-JONES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3168 |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | |

## ORDER

AND NOW, this 3rd day of May, 2023, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s Motion to Dismiss the Second Amended Complaint (ECF No. 19), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED IN PART and DENIED IN PART. Count II of the Second Amended Complaint shall be DISMISSED WITH PREJUDICE. Count I shall proceed to discovery.

Jefferson is hereby DIRECTED to file an Answer to Count I of the Second Amended Complaint within 14 days of this Order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.